**FILED**
CLERK, U.S. DISTRICT COURT

7/12/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DTA\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TREVOR SCOTT SITKO,<br><br>            Defendant. | No. 8:23-cr-00098-DOC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 2, 2020, in Orange County, within the Central District of California, defendant TREVOR SCOTT SITKO knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II

//

//

1  narcotic drug controlled substance, to L.O., whose death and serious
2  bodily injury resulted from the use of such substance.

                                            A TRUE BILL

                                            _____/s/_____
                                            Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch

NIKKI N. BURACCHIO ELKERTON
Special Assistant United States
Attorney
Santa Ana Branch Office